IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jarek Molski, et al., | NO. C 04-02471 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| Sunrise Café, et al., | |
| Defendant(s). | |

On October 17, 2005, attorney for the Plaintiffs informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **January 17, 2006** , the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **January 23, 2006** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **January 18, 2006**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**United States District Court**
For the Northern District of California

1   Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this
2  action.

4  Dated: October 25, 2005                    /s/ James Ware
                                               JAMES WARE
5                                              United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

J. Michael Fitzsimmons mfitzsimmons@campbellwarburton.com
Jessica Dayton jdayton@disabilitieslaw.com
Kelly M. Laughrin klaughrin@campbellwarburton.com
Sara B. Allman all-niel@pacbell.net
Steven A. Nielsen all-niel@pacbell.net
Thomas E. Frankovich tfrankovich@disabilitieslaw.com
Thuy Minh-Ha Hoang thoang@disabilitieslaw.com

**Dated: October 25, 2005**     **Richard W. Wieking, Clerk**

                                        **By:___/s/ JW Chambers_____**
                                              **Ronald L. Davis**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California