THOMAS E. FRANKOVICH (State Bar #074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA  94109
Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs
JAREK MOLSKI
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>SUNRISE CAFÉ; MOTEL 6 OPERATING L.P., a Delaware limited partnership; MARIA DIVA, INC., a California corporation,<br><br>  Defendants. | **STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>**CASE NO. 04-2471 JW** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and Mutual Release ("Agreement"), each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     1

|   |   |   |
|---|---|---|
| 1 | Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1). | |

    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: January 17, 2006      THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:     /s/ Jennifer L. Steneberg
         Jennifer L. Steneberg
Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

DATED: January 17, 2006      CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE

By:     /s/ Kelly Laughrin
         Kelly Laughrin
Attorneys for Defendant MOTEL 6 OPERATING L.P., a Delaware limited partnership

DATED: January 16, 2006      ALLMAN & NIELSEN, P.C.

By:     /s/ Sara B. Allman
         Sara B. Allman
Attorneys for Defendant MARIA DIVA, INC. dba SUNRISE CAFÉ

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: January 18, 2006

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        3